JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE R. MOORE, JR., | Case No. 5:22-cv-01872-DMG-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the above-captioned case is **DISMISSED** without prejudice.

DATED: September 5, 2023

_____
DOLLY M. GEE
United States District Judge